UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA


**U.S.A. vs. Steven Craig Bethea**                    **Docket No. 5:07-CR-324-2D**


### Petition for Action on Supervised Release

COMES NOW Tyler L. Wiegand, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Craig Bethea, who, upon an earlier plea of guilty to Count 2-Use, Carrying, and Possession of a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2 and Count 4- Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g) and 924, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 3, 2008, to the custody of the Bureau of Prisons for a term of 252 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On December 12, 2019, the defendant's judgment was amended and Count 2 was vacated. Steven Craig Bethea was released from custody on October 14, 2025, at which time the term of supervised release commenced.

On May 6, 2026, a Petition for Action was approved by the court addressing *U.S. v. McLaurin.* At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant possessed cocaine and marijuana, as evidenced by tests conducted on April 11 and May 12, 2026, that yielded positive results for cocaine and marijuana. Laboratory confirmation reports further verified that the specimens tested positive for cocaine and marijuana. The defendant was enrolled in the Surprise Urinalysis Program and substance abuse treatment was increased. As a sanction for this conduct and to deter future drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew with GPS monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Steven Craig Bethea**
**Docket No. 5:07-CR-324-2D**
**Petition For Action**
**Page 2**
**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Tyler L. Wiegand
Tyler L. Wiegand
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2551
Executed On: June 1, 2026

## ORDER OF THE COURT

Considered and ordered this _____5_____ day of ___June_____, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge